**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BRETT ALEXANDER JONES**                                                  **PETITIONER**

**v.**                                                                          **No. 1:22-cv-00062-MPM-JMV**

**BURL CAIN,**
*Commissioner of Mississippi Department of Corrections*                  **RESPONDENT(S)**


**ORDER GRANTING PETITIONER'S MOTION
TO PROCEED *IN FORMA PAUPERIS* AND
DIRECTING STATE TO RESPOND**


Brett Alexander Jones has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254

and seeks to proceed *in forma pauperis*.   It is **ORDERED:**

1.   That the petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.

2.   No later than July 3, 2022, the respondent, through Lynn Fitch, the Attorney General of

the State of Mississippi, must file an answer to this petition, along with full transcripts of all

proceedings in the state courts of Mississippi arising from the charge of one count of murder against

petitioner in the Circuit Court of Lee County, Mississippi (to the extent such transcripts are relevant to

the State's response).

3.   Within 14 days of service upon him of a copy of respondent's answer, petitioner may file

his traverse or reply to the allegations contained in such answer.

4.   The clerk of this court will serve by email (Return Receipt, High Importance) a copy of

the petition, this order, acknowledgment of service of process form, and any other initial filings, upon

Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant

Attorneys General Jerrolyn Owens and Bridgette Grant.   The respondent must electronically file the

completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

      **SO ORDERED**, this, the 19th day of April, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE