# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BRETT ALEXANDER JONES**                                                             **PETITIONER**

v.                                          **No. 1:22CV62-MPM-JMV**

**BURL CAIN**                                                                                       **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion by the State to dismiss the instant petition for a writ of *habeas corpus* is **DENIED**. Nonetheless, for the reasons set forth in the memorandum opinion, the petition is **DENIED**.

**SO ORDERED**, this, the 14th day of February, 2023.

                                                                /s/Michael P. Mills
                                                                UNITED STATES DISTRICT JUDGE
                                                                NORTHERN DISTRICT OF MISSISSIPPI